**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **EVOLUTION TECHNOLOGIES INC.** )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>**MEDICAL HOUSE SUPPLY GROUP,** )<br>**INC. and MEDICAL DEPOT, INC.** )<br>   Defendants. )<br> )<br> )<br> )<br> ) | Civil Action No. 1:13-cv-01060-GBL-IDD |

**DEFENDANT MEDICAL DEPOT, INC.
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Eastern District of Virginia Local Civil Rule 7.1, Defendant Medical Depot, Inc. makes the following disclosure of corporate interests: Defendant Medical Depot, Inc. has nothing to report under Local Rule 7.1(A)(1)(a) and (b).

Dated: October 21, 2013

                                          Respectfully submitted,

                                        By: */s/ David M. Foster*
                                        David M. Foster
                                        Virginia Bar No. 20799
                                        FULBRIGHT & JAWORSKI LLP
                                        801 Pennsylvania Avenue, N.W.
                                        Washington, DC 20004-2623
                                        Phone: (202) 662-0200
                                        Fax:    (202) 662-4643
                                        Email:
                                        david.foster@nortonrosefulbright.com

                                        Charles S. Baker
                                        FULBRIGHT & JAWORSKI LLP
                                        1301 McKinney, Suite 5100

>Houston, TX 77010
>Phone: (713) 651-8396
>Fax: (713) 651-5246
>Email:
>charles.baker@nortonrosefulbright.com
>
>*Counsel for Defendant Medical House Supply, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following counsel of record:

Joseph W. Berenato, III
Berenato & White LLC
6550 Rock Spring Dr.
Suite 240
Bethesda, MD 20817
Phone: (301 896-0600
Email: jberenato@bwsiplaw.com

*Counsel for Plaintiff Evolution Technologies Inc.*

                                                                           */s/ David M. Foster*
                                                                           David M. Foster