IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

EVOLUTION TECHNOLOGIES, INC.,

    Plaintiff/Counterdefendant,

v.

MEDICAL HOUSE SUPPLY GROUP,
INC., and MEDICAL DEPOT, INC.,

    Defendants/Counterclaimants.

Case No. 1:13-CV-1060-GBL-IDD

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff/Counterdefendant Evolution Technologies, Inc. (hereinafter "Evolution") and Defendants/Counterclaimants Medical House Supply Group, Inc. and Medical Depot, Inc. (collectively "the Parties" and each individually a "Party"), by and through their counsel of record, have entered into an Agreement and hereby stipulate to voluntary dismissal of this action, including all claims, counterclaims and defenses therein, without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the settlement agreement among the parties.

Each Party shall bear its own fees, costs and expenses.

SO STIPULATED AND AGREED:

Dated: January 31, 2014                    Respectfully submitted,

| | |
|---|---|
| EVOLUTION TECHNOLOGIES, INC.<br><br>By: _____/s/_____<br>      One of Its Attorneys<br><br>Joseph W. Berenato, III<br>(VSB No. 22975)<br>David S. Taylor<br>Berenato & White, LLC<br>6550 Rock Spring Drive, Ste. 240<br>Bethesda, Maryland 20817<br>Phone: (301) 896-0600<br>Fax: (301) 896-0607<br><br><br>**Counsel for Plaintiff/Counterdefendant**<br>**Evolution Technologies, Inc.** | MEDICAL HOUSE SUPPLY GROUP, INC.<br>AND MEDICAL DEPOT, INC.'<br><br>By: _____/s/_____<br>      One of Its Attorneys<br><br>Charles S. Baker<br>FULBRIGHT & JAWORSKI, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010<br><br>David M. Foster<br>(VSB No. 20799)<br>FULBRIGHT & JAWORSKI, LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2623<br><br>**Counsel for Defendants/Counterclaimants**<br>**Medical House Supply Group, Inc. and**<br>**Medical Depot, Inc.** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David Marion Foster:  david.foster@nortonrosefulbright.com
Charles S. Baker: charles.baker@nortonrosefulbright.com

_____/s/_____
Joseph W. Berenato, III